# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 26, 2016

Robert P. Young, Jr.,
Chief Justice

151600(74)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

CHANCE LOWERY,
      Plaintiff-Appellee,

v

SC: 151600
COA: 319199
Calhoun CC: 2011-003414-NO

ENBRIDGE ENERGY, LIMITED PARTNERSHIP
and ENBRIDGE ENERGY PARTNERS, L.P.,
      Defendants-Appellants.
_____/

      On order of the Chief Justice, the motion of the Michigan Association for Justice to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before September 1, 2016.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 26, 2016

Clerk